IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHUTTERFLY, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 19-cv-04203-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On August 7, 2019, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of her complaint, filed July 22, 2019.

**IT IS SO ORDERED.**

Dated: August 14, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge