RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIVA STEIN, | 3:19-cv-04203-MMC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| SHUTTERFLY, INC., THOMAS D. HUGHES, WILLIAM J. LANSING, EVA MANOLIS, ANN MATHER, RYAN O'HARA, ELIZABETH S. RAFAEL, ELIZABETH SARTAIN, H. TAYLOE STANSBURY, SWETTE, MICHAEL P. ZEISSER, | JUDGE: Hon. Maxine M. Chesney
CTRM: 7 – 19th Floor |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:19-cv-04203-MMC

1     PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
2  plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the
3  "Action") with prejudice.  Defendants have filed neither an answer nor a motion for summary
4  judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.
5  Plaintiff requests that this Court retain continuing jurisdiction for purposes of entertaining a
6  mootness fee application, if any, which will be filed under this case number.

DATED: August 16, 2019

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**

By:  */s/ Rachele R. Byrd*
        RACHELE R. BYRD
Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*

805819

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:19-cv-04203-MMC